**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>KYLE M. BOND,<br>    Defendant. | Case No. 4:23-cr-40031-JPG |

**UNOPPOSED MOTION TO CONTINUE**

Defendant Kyle Bond, through counsel, respectfully moves to continue the deadlines and schedule in this case by approximately two months, including the deadline to file pretrial motions (October 23, 2024), the pretrial conference (October 29, 2024), and jury trial (November 18, 2024).

Mr. Bond offers the following information in support of this motion:

1. The parties have engaged in plea negotiations and are close to an agreement. There have been recent negotiations over some details of the agreement last week and this week, and additional time is needed to finalize those negotiations. Defense counsel expects that with additional time, the parties will finalize an agreement to resolve this case without trial.

2. Defense counsel's communications with Mr. Bond about plea negotiations and other topics are necessarily delayed by the need to schedule jail visits in advance. For instance, if defense counsel and the government confer about any proposed change to the plea agreement, it might be several days to a week before the jail can schedule a jail visit for defense counsel to convey that information to Mr. Bond and learn his response.

3. Today, Assistant United States Attorney David Sanders informed defense counsel by email that the government does not object to a continuance.

4. Mr. Bond consents to this continuance and agrees to waive speedy trial rights.

Thus, Mr. Bond respectfully requests a continuance of approximately two months.

                                        Respectfully submitted,

Dated: October 23, 2024             */s/ Evan C. Greenberg*
                                        Evan C. Greenberg
                                        The Law Offices of Evan Greenberg, LLC
                                        231 S. Bemiston Ave., Suite 800
                                        St. Louis, MO 63105
                                        Phone: 314-403-2039
                                        Fax: 650-326-9704
                                        Email: evan@evangreenberglaw.com
                                        Attorney for Defendant