IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 23-cr-40031-JPG |
| | ) |
| KYLE M. BOND, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Comes now the United States of America, by and through its attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and J. David Sanders, Assistant United States Attorney, together with the Defendant, KYLE M. BOND, and his counsel of record, Evan Greenberg, and herewith enter into the following stipulation of facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the Defendant's relevant conduct.

1. As to Count 1 of the Indictment, prior to January 5, 2023, the Defendant had been convicted of a felony offense. In December 2004, the Defendant was convicted of Possession of Control Substance and Assault 2nd Degree – Operating a Motor Vehicle While Intoxicated Resulting in Injury in Cape Girardeau County, Missouri, in Case No. 04G9-CR02138-01. The Defendant was sentenced to a term of imprisonment for 5 years for those offenses.

2. Prior to January 5, 2023, the Defendant knew that he had the foregoing prior felony conviction.

3. On January 5, 2023, law enforcement officers executed a search warrant at the Defendant's residence in Union County, Illinois, and located nine firearms. The firearms that Defendant possessed included:

    a. One Palmetto State Armory, Model Ghostgun 15, multi-caliber, semi-automatic rifle, bearing serial number BOO106192;

    b.    One Bushmaster, Model XM15-E2S, multi-caliber, semi-automatic rifle, with an approximate barrel length of 12 ½ inches, bearing serial number BFH031252;

    c.    One Remington Arms, Model 770, 7mm caliber, bolt action rifle, bearing serial number M72018432;

    d.    One Savage, Model 110, 30-06 caliber, bolt action rifle, bearing no serial number;

    e.    One Marlin, Model 781, .22 caliber, bolt action rifle, bearing no serial number;

    f.    One Savage, Model 110, 7mm caliber, bolt action rifle, bearing serial number F67774;

    g.    One Taurus International, Model TX22, .22 caliber, semi-automatic handgun, bearing serial number 1PT504558;

    h.    One Rock Island Armory, Model 1911, .45 caliber, semi-automatic handgun, bearing no serial number;

    i.    One Walther, Model PPK/S, .22 caliber, semi-automatic pistol, bearing no serial number; and

4.    A firearms and explosive specialist from the Bureau of Alcohol, Tobacco, Firearms and Explosives would testify that the foregoing firearms were either manufactured or sold outside the State of Illinois, and therefore, had travelled in interstate commerce prior to the Defendant's possession of the firearms on January 5, 2023.

5.    As to Count 2 of the Indictment, on January 5, 2023, the Defendant knowingly possessed a Bushmaster, Model XM15-E2S, multi-caliber, semi-automatic rifle, with an approximate barrel length of 12 ½ inches, bearing serial number BFH031252. At the time the Defendant possessed the firearm, he knew that the firearm was a rifle having a barrel of less than 16 inches in length and that the firearm was (or could readily have been put) in operating condition. A firearms and explosive specialist from the Bureau of Alcohol, Tobacco, Firearms and Explosives would testify that the foregoing firearm had a barrel of less than 16 inches in length and was not

registered to the Defendant in the National Firearms Registration and Transfer Record pursuant to the National Firearms Act.

6. Union County, Illinois is within the jurisdiction and venue of the Southern District of Illinois.

7. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea. Accordingly, it does not set forth all facts establishing Defendant's guilt which could be presented at trial.

UNITED STATES OF AMERICA,

RACHELLE AUD CROWE
United States Attorney

_____
KYLE M. BOND
Defendant

_____
J. DAVID SANDERS
Assistant United States Attorney

_____
EVAN GREENBERG
Attorney for Defendant

Date: 12/3/2024

Date: October 18, 2024

3