January 8, 2025

Dear Judge Gilbert,

     My name is Morgan Bond, daughter of Kyle Bond. My father has always been an inspiration to me, as well as admirable. Whether it be him studying like a mad man to become an electrician and working even harder as one to provide stability for me and my future. No matter the obstacle my father has always persevered through it. He has shown me and taught me how important family is. My grandfather would need help with putting something together or something fixed on his house. My dad would wake up 5:30-6:00 in the morning and then would drive over an hour to help my grandpa, without even being asked to help because of how stubborn my grandfather is.

     I know my father has his faults and hardships. I understand the offense's my father is being charged with. I believe he is remorseful; however, I know there are repercussions for his actions. I also understand that my father's charges do not show a true representation of character. It only shows how his addictions to substances and alcohol can affect his cognitive rational ability. His addictions change his mind set and his capability to rationalize in everyday situations. My dad also accepts he has a problem, and I believe in rehabilitation. I also know if he were put in the correct facility with the resources, he needed to get help he would thrive and become the person I know him to be.

     My hope for this letter is that it gives a better representation of my father as person. I also hope that mercy is used while sentencing my father. He is already missing major portions of my life while paying for his actions. I am in college for a medical degree, he has already missed my high school graduation. As well as my college acceptance. I just hope and look forward to the possibly of him being able to be at my white coat ceremony, which will be a big step into achieving becoming a surgeon. He has instilled so many character traits that have helped me get this far. I just hope he gets to be a part of it. Thank you, for your time.

Hoping for the best,

Morgan Bond