Sarah Elizabeth Bond

Cape Girardeau, Missouri,

November 19, 2024

RE: Mr. Kyle Martin Bond

To The Honorable Judge J. Phil Gilbert ,

My name is Sarah Bond, and Kyle is my husband. I have known Kyle for more than 20 years.

I know that on paper, Kyle may look like that of a criminal, that some may say society would be safer off the street. I say that Kyle is not a sheet of paper, nor the charges listed on it. I would like to offer a glimpse to the court of who Kyle really is and to assure you that he is far more than just a felon in possession.

Kyle is the father of my eldest son, Aaron, who made us both parents for the first time in 2004. He is also the grandfather of Emma Lou Ivy, who thinks he hangs the moon. Kyle is the glue that hold this family together. He is always ready to show up and work hard for his friends and family whenever they are in need. A few years back, we purchased an old farmhouse in need of some small improvements only to find out a week or two later that the entire septic tank needed to be replaced. Kyle dug up the old tank, set the new one, and backfilled it by hand, alone. He didn't stop or slow down until it was finished and functioning properly. He is that one person i know that is always there to help someone do the jobs that most friends and family members say they will help with but never show up for. He is a vital member of this family and without him, we don't function as smoothly as we do when he is home. Kyle has expressed his remorse for the choices that he made and the guilt he feels for not being here with us now, i am pleading with the court to please show him leniency and mercy. I am lost without him, and his family needs him home.

Sincerely,

Sarah Bond