1/6/25

Judge Gilbert

I am writing you about Kyle Bond. He isn't a real bad person, like everyone think he is. He has a heart of gold, he would give his shirt off of his back, if you need it, and his last dollar, he is not a lazy person, always has worked and took care of his family. He helped me out keep repair up on my home, put a new floor down in dining room and living room. He took care of me, made sure I got to the doctor, had food. When he went

2

to jail it was hard on me, I had no one to help me. I have some good people that live behind me, that looks after me. Until he comes home. I am 82 years old. I hope to see him before I leave this world. The reason I wrote you this is to let you know he is not as bad as people think.

Judith Neckes
P O 78
Wolf Lake, Il
62998

618-833-3306